1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE TORRES HURTADO,

11              Petitioner,                No. 2:13-cv-0971 EFB P

12         vs.

13   AUDREY GILL,

14              Respondent.                ORDER

15   _____/

16         Petitioner, a federal prisoner without counsel, seeks a writ of habeas corpus pursuant to

17   28 U.S.C. § 2241.

18         Petitioner was convicted in the United States District Court for the Central District of

19   California, but he is confined at the Federal Correctional Institution, Mendota, located in Fresno

20   County.  Petitioner contends that he may challenge his sentence under § 2241 in the custodial

21   court, rather than under 28 U.S.C. § 2255 in the court of conviction, because the remedy under

22   § 2255 is inadequate or ineffective to test the legality of his detention.  *See Hernandez v.*

23   *Campbell*, 204 F.3d 861, 864-65 (9th Cir. 2000); 28 U.S.C. § 2255(e).  Since petitioner is

24   confined in Fresno County, this action should have been commenced in the district court in

25   Fresno.  E.D. Cal. Local Rule 120(d).

26   ////

1

1      Accordingly, it is hereby ordered that:

2      1.  This action is transferred to the district court in Fresno.  *See* E.D. Cal. Local Rule

3  120(f).

4      2.  The Clerk of Court shall assign a new case number.

5      3.  All future filings shall bear the new case number and shall be filed at:

6               United States District Court
                     Eastern District of California

7               2500 Tulare Street
                     Fresno, CA 93721

8

9  Dated:  May 21, 2013.

10

11               EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE